United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02592-HWV

Bettie J. Bowers  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2

Date Rcvd: Aug 11, 2022      Form ID: ordsmiss      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bettie J. Bowers, 325 West Beaver Street, Hellam, PA 17406-1305 |
| cr | + | Eastern York County Sewer Authority, 4 West Market Street, York, PA 17406-1033 |
| 5355586 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5356437 | + | LoanCare, LLC as servicer for Lakeview Loan Servic, c/o, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5355591 | + | McCabe, Weisberg & Conway, PC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5355587 | | EDI: CAPITALONE.COM | Aug 11 2022 22:43:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5355588 | + | Email/Text: dylan.succa@commercialacceptance.net | Aug 11 2022 18:40:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5358573 | + | EDI: DISCOVER.COM | Aug 11 2022 22:43:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5355589 | | EDI: DISCOVER.COM | Aug 11 2022 22:43:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5360470 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 11 2022 18:40:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5355590 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 11 2022 18:40:00 | LoanCare, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 5357249 | | EDI: AGFINANCE.COM | Aug 11 2022 22:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5355592 | | EDI: AGFINANCE.COM | Aug 11 2022 22:43:00 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5370990 | | EDI: PRA.COM | Aug 11 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5355593 | + | EDI: WTRRNBANK.COM | Aug 11 2022 22:43:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor LoanCare LLC as servicer for Lakeview Loan Servicing, LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| Craig S. Sharnetzka | on behalf of Creditor Eastern York County Sewer Authority csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor OneMain Financial Group LLC, as Servicer for Wells Fargo Bank, N.A., as Issuer Loan Trustee for OneMain Direct Auto Receivable Trust 2018 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Bettie J. Bowers pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Bettie J. Bowers, | Chapter 13 |
| **Debtor 1** | |
| | Case No.  1:20−bk−02592−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  August 11, 2022

ordsmiss (05/18)