**Fill in this information to identify the case:**

Debtor 1 ___Bettie J. Bowers___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___MIDDLE___  District of _PA_
(State)

Case number ___1:20-bk-02592-HWV___

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC.        **Court claim no**. (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:        8313 ___ ___ ___

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

❑ Yes.  Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 09.24.2020 | (5) | $ 400.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ _____ |
| 11. Other.  Specify: Review of Plan | 09.11.2020 | (11) | $ 250.00 |
| 12. Other.  Specify: Proof of Claim 410A | 09.24.2020 | (12) | $ 250.00 |
| 13. Other.  Specify:_____ | | (13) | $ _____ |
| 14. Other.  Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _/s/ Ann E. Swartz_____    Date  01 / 11 / 2021
   Signature

Print:    Ann E. Swartz _____    Title  Attorney for creditor _____
          First Name    Middle Name    Last Name

Company    McCabe, Weisberg & Conway, LLC _____

Address    123 S. Broad Street, Suite 1400 _____
          Number         Street
          Philadelphia, PA 19109 _____
          City                State    ZIP Code

Contact phone  ( 215 ) 790 – 1010 _____    Email ecfmail@mwc-law.com _____

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Bettie J. Bowers | Chapter 13 |
| Debtor(s) | |
| Lakeview Loan Servicing, LLC., or its Successor or Assignee | Bankruptcy No. 1:20-bk-02592-HWV |
| Movant | |
| vs. | |
| Bettie J. Bowers | |
| Charles J DeHart, III (Trustee) | |
| Respondent(s) | |

## CERTIFICATION OF SERVICE OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Ann E. Swartz, attorney for Lakeview Loan Servicing, LLC., hereby certify that I served a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: January 11, 2021


Bettie J. Bowers
325 West Beaver Street
Hellam, PA 17406

Paul Donald Murphy-Ahles
Dethlefs, Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
Attorney for Debtor

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Trustee


/s/ Ann E. Swartz
MARGARET GAIRO, ESQUIRE ID # 34419
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
JAMES FRENCH, ESQUIRE ID # 319597
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for Lakeview Loan Servicing, LLC.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com